# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

RANDOLPH BROWN

NO. 2019 KW 1179

**JAN 1 4 2020**

In Re:    Randolph Brown, applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 505-700.

**BEFORE:    WHIPPLE, C.J., GUIDRY AND BURRIS,[1] JJ.**

**WRIT GRANTED.** The statute at issue, La. R.S. 32:124, requires the offending driver to have entered the highway from "a private road, driveway, alley or building." Relator was on the sidewalk. He did not enter from any of the four points of entry set forth in the statute. Relator, therefore, did not violate La. R.S. 32:124. Accordingly, relator's writ is granted, and the trial court's ruling that relator violated the statute is reversed.

**VGW**
**JMG**
**WJB**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT

---

[1] Judge William J. Burris, retired, serving *pro tempore* by special appointment of the Louisiana Supreme Court.